JOSH COLE AICKLEN
Nevada Bar No. 7254
Josh.Aicklen@LewisBrisbois.com
MARTIN M. MANKE
Nevada Bar No. 7077
Martin.Manke@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants,
NORTH AMERICAN VAN LINES, INC.,
SIRVA WORLDWIDE, INC. dba SIRVA
WORLDWIDE RELOCATION & MOVING,
and BELTMANN GROUP INCORPORATED
dba BELTMANN RELOCATION GROUP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANN REISCH, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN VAN LINES, INC., a foreign corporation; SIRVA WORLDWIDE, INC. dba SIRVA WORLDWIDE RELOCATION & MOVING, a foreign corporation; DIRECT CONNECT LOGISTIX, INC., a foreign corporation; GLOBAL TRANSPORT GROUP, LLC, a foreign corporation; BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP, INC., a foreign corporation; inclusive,<br><br>    Defendants. | CASE NO.: 3:20-cv-00474-RCJ-CLB<br><br>**ORDER DISMISSING PLAINTIFF, ANN REISCH'S CLAIMS AGAINST DEFENDANTS, NORTH AMERICAN VAN LINES, INC., SIRVA WORLDWIDE, INC. dba SIRVA WORLDWIDE RELOCATION & MOVING, AND BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP, WITH PREJUDICE** |

/ / /

/ / /

/ / /

4844-4706-8387.1

## ORDER DISMISSING PLAINTIFF, ANN REISCH'S CLAIMS AGAINST DEFENDANTS, NORTH AMERICAN VAN LINES, INC., SIRVA WORLDWIDE, INC. dba SIRVA WORLDWIDE RELOCATION & MOVING, AND BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ANN REISCH, and Defendants, NORTH AMERICAN VAN LINES, INC., SIRVA WORLDWIDE, INC. (Erroneously identified as "SIRVA WORLDWIDE, INC. dba SIRVA WORLDWIDE RELOCATION & MOVING"), and BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP, by and through their undersigned counsel of record, that any and all claims asserted against NORTH AMERICAN VAN LINES, INC., SIRVA WORLDWIDE, INC. (Erroneously identified as "SIRVA WORLDWIDE, INC. dba SIRVA WORLDWIDE RELOCATION & MOVING"), and BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP by ANN REISCH in the above-referenced action shall be dismissed in their entirety, with prejudice, with each of the parties to bear their own attorney's fees and costs incurred.

| | |
|---|---|
| DATED this 14th day of April, 2021. | DATED this 14th day of April, 2021. |
| LEMONS, GRUNDY & EISENBERG | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| /s/ Christian L. Moore | /s/ Josh Cole Aicklen |
| CHRISTIAN L. MOORE<br>Nevada Bar No. 3777<br>SARAH M. MOLLECK<br>Nevada Bar No. 13830<br>6005 Plumas Street, Third Floor<br>Reno, Nevada 89519<br>TEL: 775.786.6868<br>FAX: 775.786.9716<br>Attorneys for Plaintiff,<br>ANN REISCH | JOSH COLE AICKLEN<br>Nevada Bar No. 7254<br>MARTIN M. MANKE<br>Nevada Bar No. 7077<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>TEL: 702.893.3383<br>Attorneys for Defendants,<br>NORTH AMERICAN VAN LINES, INC.<br>SIRVA WORLDWIDE, INC. dba SIRVA<br>WORLDWIDE RELOCATION & MOVING<br>and BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that any and all claims asserted in this action by Plaintiff, ANN REISCH, against Defendants, NORTH AMERICAN VAN LINES, INC., SIRVA WORLDWIDE, INC. (Erroneously identified as "SIRVA WORLDWIDE, INC. dba SIRVA WORLDWIDE RELOCATION & MOVING"), and BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP, shall be dismissed in their entirety, with prejudice, with each of the parties to bear their own attorney's fees and costs incurred.

DATED this 23rd day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4844-4706-8387.1

3